MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SHEILA A.G. ARMBRUST (CABN 265998)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6961
    FAX: (415) 436-7027
    sheila.armbrust@usdoj.gov

Attorneys for United States of America

FILED

MAY 26 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 15-00042 TEH |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER TO UNSEAL ECF NO. 49 |
| ZEYNETTIN KARIM CETIN, | ) |
| Defendant. | ) |

With the agreement of the parties and with the approval of Gelareh Farahmand, U.S. Pretrial Services Officer, the parties hereby move to unseal ECF No. 49 in its entirety. ECF No. 49 consists of a Petition for Arrest Warrant for Defendant Under Pretrial Supervision and an arrest warrant, both of which currently are under seal. The parties stipulate that the interests of the public, including the victim in this case, are served by unsealing this document, and no interests that support the filing of sealed documents pursuant to Criminal Local Rule 56-1(b), such as the safety of any person or a legitimate law enforcement interest, would be compromised by public disclosure of the contents of ECF No. 49. Provided that the Court unseals ECF No. 49 in its entirety, the parties request to unseal this stipulated motion and proposed order.

STIPULATION AND [PROPOSED] ORDER TO UNSEAL ECF NO. 49
15-CR-00042 TEH

1 | IT IS SO STIPULATED

3 | DATED: May 21, 2015     Respectfully submitted,

MELINDA HAAG
United States Attorney

By: /s/ Sheila A.G. Armbrust
SHEILA A.G. ARMBRUST
Assistant United States Attorney

8 | DATED: May 21, 2015     Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender     with permission
by SAGA
/s/ Gabriela Bischof
GABRIELA BISCHOF
Assistant Federal Public Defender

15 | IT IS SO ORDERED.

17 | DATED: 5/26/15

HONORABLE JOSEPH C. SPERO
Chief United States Magistrate Judge