MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SHEILA A.G. ARMBRUST (CABN 265998)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6961
    FAX: (415) 436-7027
    sheila.armbrust@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR 15-00042 TEH |
| Plaintiff, | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JUNE 1, 2015 TO JULY 27, 2015 |
| v. | |
| ZEYNETTIN KARIM CETIN, | |
| Defendant. | |

The parties appeared before the Honorable Thelton E. Henderson on June 29, 2015.  Assistant Federal Public Defender Gabriela Bischof appeared for the defendant, Zeynettin Karim Cetin, who was present before the Court and in custody.  The Court previously had ordered the defendant to submit to a competency evaluation.  Counsel for the defendant represented that the evaluation would be completed by July 27, 2015.  Accordingly, the parties will next appear before the Court on July 27, 2015 for a status conference.

With the agreement of the parties, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A), from June 1, 2015 through July 27, 2015. The parties agreed, and the Court found and held, as follows:

[PROPOSED] ORDER EXCLUDING TIME FROM
JUNE 1, 2015 TO JULY 27, 2015
CR 15-00042 TEH

1   The Court finds that it is necessary to exclude time between June 1, 2015 and July 27, 2015, so
2   that the defendant can submit to an evaluation to determine his mental competency. 18 U.S.C. §
3   3161(h)(1)(A).  Therefore, IT IS HEREBY ORDERED that the time between June 1, 2015 and July 27,
4   2015 shall be excluded from computation under the Speedy Trial Act.

6   IT IS SO ORDERED.

8   DATED:  07/01/2015
            _____
            HONORABLE THELTON E. HENDERSON
            Senior United States District Judge

[PROPOSED] ORDER EXCLUDING TIME FROM
JUNE 1, 2015 TO JULY 27, 2015
CR 15-00042 TEH                                         2