STEVEN KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant CETIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR 15-00042 TEH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE |
| ZEYNETTIN CETIN, | ) | |
| Defendant. | ) | |

The above-captioned case is currently set for sentencing on December 7, 2015 at 2:30 p.m. Mr. Cetin, by and through counsel, hereby respectfully requests that his sentencing be continued to Monday, December 21, 2015, at 2:30 p.m. Undersigned defense counsel previously retained a psychologist to perform a mental health evaluation of Mr. Cetin. Unfortunately, she was unexpectedly called to testify and was unable to complete the evaluation. If the sentencing is continued until December 21, 2015, the evaluation and any resulting report can be completed in time for the parties to address it in their sentencing memoranda and replies. The government has no opposition to Mr. Cetin's request.

For the foregoing reasons, the parties stipulate that the sentencing should be continued until December 21, 2015.

*Def. Cetin*

IT IS SO STIPULATED.

November 20, 2015                                  /s/
_____                      _____
DATED                                              BRIAN STRETCH
                                                   Acting United States Attorney
                                                   Northern District of California
                                                   RITA LIN
                                                   Assistant United States Attorney

November 20, 2015                                  /s/
_____                      _____
DATED                                              STEVEN G. KALAR
                                                   Federal Public Defender
                                                   Northern District of California
                                                   GABRIELA BISCHOF
                                                   Assistant Federal Public Defender

IT IS SO ORDERED.

 11/23/2015
_____
Dated

[Signature: Thelton E. Henderson]
Judge Thelton E. Henderson
United States District Court Seal — Northern District of California

*Def. Cetin*

2