IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 15–00042 RS |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER RE: MODIFYING CONDITIONS OF SUPERVISED RELEASE AND ORDERING RELEASE TO HALFWAY HOUSE |
| v. | |
| ZEYNETTIN KARIM CETIN, | |
| Defendant. | **Court:** Courtroom 3, 17th Floor |

Defendant Zeynettin Karim Cetin is serving a term of supervised release. He is presently being held in custody due to alleged violations of supervised release described in a Form 12. Mr. Cetin has been in custody since approximately August 24, 2017. The defense would like to move Mr. Cetin to the halfway house at 111 Taylor Street in San Francisco, California, to facilitate investigating the issues raised by his Form 12 and potential placement in residential treatment. The Probation Department agrees that this move is appropriate. The government has no objection.

Mr. Cetin therefore requests the following modification to his terms of supervised release:

"The offender shall reside in a Residential Reentry Center (RRC) for a period of up to 120 days, as instructed by the probation officer, and shall abide by the rules of the facility. He shall be released from 850 Bryant and the custody of the United States Marshals on September 28, 2017 at 10:00 a.m., at which point a Probation Officer will escort him to 111 Taylor Street."

//

| | |
|---|---|
| | For good cause shown, Zeynettin Karim Cetin's conditions of supervised release are modified and he shall be released according to the stipulation of the parties above. |

IT IS SO ORDERED.

<u>9/18/17</u>
Dated

RICHARD SEEBORG
United States District Judge

IT IS SO STIPULATED.

<u>September 18, 2017</u>
Dated

BRIAN J. STRETCH
United States Attorney
Northern District of California

/S
SHEILA ARMBRUST
Assistant United States Attorney

<u>September 18, 2017</u>
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
GRACE DILAURA
Assistant Federal Public Defender