IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZEYNETTIN KARIM CETIN,<br><br>Defendant. | **Case No.:** CR 15–00042 RS<br><br>**ORDER RE: RELEASE TO RESIDENTIAL TREATMENT**<br><br>**Court:** Courtroom 3, 17th Floor |

Defendant Zeynettin Karim Cetin is serving a term of supervised release. He is presently being held in custody due to alleged violations of supervised release described in a Form 12. Mr. Cetin has been in custody since approximately August 24, 2017.

On November 29, 2017, the parties were informed that a bed is available at Baker Places. Baker Places provides intensive, dual diagnosis, residential treatment and is among the highest level of care for individuals involved in the community-based mental health system in San Francisco. Mr. Cetin previously successfully completed 90 days of treatment there, and it appeared to be well-suited to his needs. The defense would like Mr. Cetin to enroll at Baker Places, and the Probation Department agrees. The government does not oppose the placement.

Mr. Cetin must report to Grove Street House (one of the Baker Places facilities) on the morning of December 1, 2017. An appropriate individual (from the Probation Department, Citywide Health, or the Federal Public Defender) will escort Mr. Cetin to the placement from 850 Bryant Street. The government has no objection.

To allow Mr. Cetin to adjust to treatment before returning to Court, the parties further request that the status conference set for December 5, 2017 be continued to January 16, 2017.

Mr. Cetin therefore requests the following modification to his terms of supervised

release:

"The offender shall reside in Grove Street House, or another facility of Baker Places, for a period of up to 90 days, as instructed by the probation officer, and shall abide by the rules of the facility. He shall be released from 850 Bryant and the custody of the United States Marshals on December 1, 2017 at 9:00 a.m., at which point an appropriate individual will escort him to Grove Street House."

//

For good cause shown, Zeynettin Karim Cetin is ordered released from 850 Bryant Street on Friday, December 1, 2017, at 9:00 a.m. He is directed to report to residential treatment at Grove Street House.

The status conference set for December 5, 2017, is continued to January 16, 2017 at 2:30 p.m.

IT IS SO ORDERED.

| 11/30/17 | |
|---|---|
| Dated | RICHARD SEEBORG |
| | United States District Judge |

IT IS SO STIPULATED.

| November 29, 2017 | BRIAN J. STRETCH |
|---|---|
| Dated | United States Attorney |
| | Northern District of California |

/S
SHEILA ARMBRUST
Assistant United States Attorney

| November 29, 2017 | STEVEN G. KALAR |
|---|---|
| Dated | Federal Public Defender |
| | Northern District of California |

/S
GRACE DILAURA

Assistant Federal Public Defender

RELEASE TO RES. TREATMENT.
*CETIN*, CR 15–00042 RS